



EXHIBIT COLLECTIVE "A"
















